IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-72-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KELVIN MELTON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 27, 2014, Kelvin Melton ("Melton" or "defendant") filed a motion to compel discovery. See [D.E. 135]. On June 30, 2014, Melton filed a motion pursuant to 18 U.S.C. § 3504 for disclosure of electronic or other surveillance evidence. See [D.E. 136]. On July 3, 2014, Melton filed an amended motion to compel discovery. See [D.E. 146]. On July 11, 2014, Melton filed a motion for an evidentiary hearing or alternatively a judicial discovery conference. See [D.E. 163].

On July 11, 2014, the government responded in opposition to Melton's motion to compel. See [D.E. 164]. On July 14, 2014, the government responded in opposition to Melton's motion for disclosure of electronic or other surveillance evidence. See [D.E. 165].

On July 23, 2014, the court granted the government's motion for a protective order. See [D.E. 171]. The court expects discovery to proceed in accordance with the protective order. Defendant's motions to compel [D.E. 135, 146] and motion for discovery [D.E. 136] are DENIED without prejudice. Defendant's motion for an evidentiary hearing [D.E. 163] is DENIED. Once defendant receives and reviews discovery produced in accordance with the protective order and consults with the government in accordance with this court's local rules, defendant may seek relief from the court concerning unresolved discovery issues.

SO ORDERED. This 24 day of July 2014.

                                              JAMES C. DEVER III
                                              Chief United States District Judge

2

Case 5:14-cr-00072-D   Document 173   Filed 07/24/14   Page 2 of 2