**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No: 5:14-CR-72-D-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KELVIN MELTON,** | ) | |
| **a/k/a Dizzy,** | ) | |
| **a/k/a Old Man,** | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter comes now before this Court upon motion by the Defendant Kelvin Melton and with no objection form the United States, for an order extending the pre-trial scheduling dates in the above captioned case. For good cause shown, the motion is GRANTED. In accordance with the proposed schedule, the deadlines in this matter SHALL BE:

| Event | Date |
|---|---|
| Pre-trial Motions | December 4, 2014 |
| Pre-trial Motion Responses | ~~December 25, 2014~~ January 5, 2015 |
| Status Conference | January ~~1, 2014~~ 16, 2015 |
| Arraignment and Trial Date(s) | To be determined at the scheduling conference on ~~October 1, 2014~~ January 16, 2015 |

For good cause shown, all time from the date of this order until the date of the status conference is excluded in computing the time within which the trial must commence pursuant to Title 18, United States Code, Section 3161 (h) (7) (A) and (h) (7) (B) (ii). The ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A). Additionally, this case is also so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the usual time limits. 18 U.S.C. § 3161(h) (7) (B) (ii).

SO ORDERED,

This the **27** day of **August**, 2014.

_____
The Honorable James C. Dever, III
Chief United States District Court Judge