UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:14-CR-72-1 D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KELVIN MELTON, | ) | |
| a/k/a Dizzy, | ) | |
| a/k/a Old Man, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER, having come before the Court upon motion of the counsel for the Defendant, to seal certain documents is for good cause shown, it is hereby GRANTED.

It is therefore ORDERED that the sealed document be sealed except for counsel of the Defendants and counsel for the Government.

IT IS SO ORDERED,

This the 19 day of August 2015

James C. Dever, III
Chief United States District Judge