IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:14-CR-72-D-1

UNITED STATES OF AMERICA

v.

KELVIN MELTON,
          Defendant.

ORDER TO FILE DOCUMENT
UNDER SEAL

This matter having come before the Court on motion of counsel for Defendant to file document 449 under seal, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant's Proposed Sealed document No.449 be filed under seal.

ORDERED THIS __5__ day of April 2016.

_____
UNITED STATES DISTRICT COURT JUDGE