IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:14-CR-72-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KELVIN MELTON ,**<br>          **Defendant.** | **ORDER TO FILE<br>UNDER SEAL** |

This matter having come before the Court on motion of counsel for Defendant to file document 486 under seal, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant's Proposed Sealed document No. 486 be filed under seal.

ORDERED THIS **18** day of May 2016.

                                                      _____
                                                      UNITED STATES DISTRICT COURT JUDGE