UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-72-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| KELVIN MELTON | ) | |
| a/k/a "Dizzy, Old Man" | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Three of the Indictment herein as to the above-captioned Defendant only, so as to simplify the Government's presentation to the jury at trial.

Respectfully submitted this the 5th day of June, 2016.

JOHN STUART BRUCE
Acting United States Attorney

BY: /s/ Dennis M. Duffy
DENNIS M. DUFFY
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: dennis.duffy@usdoj.gov
N.C. State Bar No. 27225

Leave of Court is granted for the filing of the foregoing dismissal.

6/6/16
DATE

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE