# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### CASE NUMBER: 5:14-CR-72-1D

**UNITED STATES OF AMERICA**

**VS.**                                                    **ORDER**

**KELVIN MELTON**

IT IS HEREBY ORDERED that the following Government Exhibits be returned to **SA Steven F. Jessup** and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 300 | Mossberg 12ga shotgun |
| 301 | One .45 caliber Glock handgun |
| 375 | Tianwang Cellphone Stungun |
| 376 | Phoenix Arms firearm, .25 caliber (pink) |
| 601 | Wood and metal chair from Newtown |
| 606 | Bolt cutters from Newtown |
| 607 | Purple shears from Newtown |
| 622 | Picks |
| 623 | Blue Shovel |
| 624 | Shovel |

THIS 17 DAY OF JUNE, 2016.

AGENT _Steven F. Jessup_

_James Dever_
**JAMES C. DEVER III**
**CHIEF U.S. DISTRICT JUDGE**