UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00072-D-1

UNITED STATES OF AMERICA      )
                              )      **O R D E R**
                 v.           )
                              )
KELVIN MELTON                 )

For good cause shown it is ORDERED that the Government's Motion for Limited Exclusion from Fed. R. Crim. P. 49.1 Redaction Requirements (D.E. 520) is hereby granted. As to the protected information pertaining to the potential kidnapping targets and the victims of the actual kidnapping on April 5, 2014, the Government is ordered, pursuant to Federal Rule of Criminal Procedure 49.1(d), to submit a motion to seal trial exhibits containing protected information of such victims and substituting redacted copies of the same trial exhibits for inclusion in the public record.

SO ORDERED, this __30__ day of __November__, 2016.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE