UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00072-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| KELVIN MELTON | ) | |

Based upon a review of the Motion, and incorporating herein the reasons set forth in the Motion; a review of the pleadings herein, and for good cause shown, the Government's Motion for Return of Evidence is hereby granted. Pursuant to Federal Rule of Appellate Procedure 11(e)(2), the Court finds that that the requested evidence is needed for trial in <u>United States v. Shameika Goodall</u> (5:15-CR-363-D), and that the substitution of duplicates of the requested evidence is sufficient to maintain the record in the above-captioned case.

SO ORDERED, this __8__ day of __December__, 2016.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE