UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00072-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO UNSEAL RULE 11** |
| v. | ) | **MINUTE ENTRIES** |
| | ) | |
| KELVIN MELTON et al. | ) | |

THIS MATTER AROSE upon the United States' Motion for to Unseal Rule 11 minute entries. For good cause shown and for the reasons stated in the Government's Motion, the Government's Motion is hereby GRANTED.

This the __2__ day of May, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge