IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 5:14-CR-72-D
No. 5:20-CV-233-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KELVIN MELTON, | ) | |
| | ) | |
| Defendant. | ) | |

On August 25, 2025, defendant filed a letter [D.E. 937]. The court never appointed a lawyer named Lisa M. Lorish. As for defendant's pictures, defendant needs to write the U.S. Attorney.

SO ORDERED. This 2 day of September, 2025.

JAMES C. DEVER III
United States District Judge